IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSHUA R. ALLEN                                                                    PETITIONER
ADC #153484

v.                          Case No. 5:16-cv-00008 JM-JTK

WENDY KELLEY, Director,
Arkansas Department of Correction                                        RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint is DISMISSED with prejudice.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

SO ADJUDGED this 31st day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE